UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| CENIA CAROLINA BORJAS MURILLO, ANA LORENA BORJAS MURILLO, AS NEXT FRIEND OF CENIA CAROLINA BORJAS MURILLO,<br><br>Petitioners,<br><br>v.<br><br>WARDEN CLARK COUNTY JAIL,<br><br>Respondent.<br><br>UNITED STATE OF AMERICA,<br><br>Interested Party. | No. 4:26-cv-00156-SEB-KMB |

**ORDER DISMISSING DUPLICATIVE ACTION**

This action was transferred from the U.S. Court in the Western District of Kentucky on June 15, 2026. Dkt. 5. The petition and supporting materials in this case appear identical to those in *Borjas Murillo v. Warden*, No. 4:26-cv-00149-TWP-KMB, which was filed on June 4, 2026. "Federal courts . . . retain broad powers to prevent duplicative or unnecessary litigation." *Slack v. McDaniel*, 529 U.S. 473, 478 (2000). Therefore, this action is **dismissed without prejudice** as duplicative of the previously filed case. The **clerk is directed** to enter **final judgment**.

**IT IS SO ORDERED.**

Date: 6/17/2026

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

CENIA CAROLINA BORJAS MURILLO
A# 206-694-439
CLARK COUNTY JAIL
Inmate Mail/Parcels
501 East Court Avenue
Jeffersonville, IN 47130

All Electronically Registered Counsel